Gondephe, P

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE NEW YORK TIMES COMPANY,

        Plaintiff,

    v.

FEDERAL BUREAU OF INVESTIGATION,

        Defendant.

15 Civ. 7366 (PGG)

**STIPULATION REGARDING
AMENDED ANSWER**

       IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff The New York Times Company ("Plaintiff") and defendant FEDERAL BUREAU OF INVESTIGATION (the "FBI" or "Defendant"), pursuant to Federal Rule of Civil Procedure 15(a)(2), as follows:

       1.     Defendant filed its Answer to the Complaint in the above-captioned action on October 26, 2015. *See* Docket No. 8.

       2.     On December 7, 2015, counsel for Defendant notified Plaintiff's counsel that Defendant wishes to make a substantive amendment to paragraph 3 of its Answer.

       3.     In accordance with Federal Rule of Civil Procedure 15(a)(2), Plaintiff hereby consents to Defendant's request to amend paragraph 3 of its Answer.

       4.     This Stipulation may be signed in counterparts, each of which constitutes an original and all of which constitute one and the same Stipulation.  Facsimiles and/or PDFs of signatures shall have the same force and effect as original signatures and constitute acceptable, binding signatures for purposes of the Stipulation.

Dated: New York, New York
      December __, 2015

_/s/ David E. McCraw_
DAVID E. McCRAW, ESQ.
*Attorney for Plaintiff*

Legal Department
The New York Times Company
620 Eighth Avenue, 18th Floor
New York, New York 10018
mccrad@nytimes.com

Dated: New York, New York
      December 9, 2015

PREET BHARARA
United States Attorney for the
Southern District of New York
*Attorney for Defendant Federal Bureau of Investigation*

By: _/s/_
ANTHONY J. SUN
Assistant United States Attorney
86 Chambers St., 3rd Floor
New York, New York 10007
(212) 637-2810
anthony.sun@usdoj.gov

SO ORDERED:

_/s/ Paul G. Gardephe_    Dec. 10, 2015
THE HONORABLE PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE

2